# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FRACTIONAL VILLAS, INC., a California corporation,
    Plaintiff.
vs

REFLECTIONS, an unknown entity; REFLECTIONS PRIVATE RESIDENCE CLUB, LLC, a Nevada Company; CHRISTOPHER H. ZOCKOLL, an individual; and DOES 1 - 50,
    Defendants.

2008 AUG -6 AM 10: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1423 DMS AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

COAST LAW GROUP, LLP
Attn: Robert Berkowitz
169 Saxony Road, Suite 204
Encinitas, CA 92024

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG -6 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)